## People of the State of Illinois, Defendant in Error, v. William J. Ross, Plaintiff in Error.

### Gen. No. 41,711.

Heard in second division, first district, this court at June term, 1941; opinion filed November 28, 1941. Cameron Latter and Louis M. March, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SULLIVAN. "Not to be published in full."